IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Soberanis, Jose A

Printed:  5/27/08

Case Number:  08 B 01027
Judge:  Goldgar, A. Benjamin
Filed:  1/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 0.00 |
| 2. | Bayview Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 23,537.72 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 87,000.00 | 0.00 |
| 6. | Bayview Loan Servicing | Secured | 55,528.75 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 2,798.88 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 688.51 | 0.00 |
| 9. | The Bureaus | Unsecured | 300.00 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 9,000.31 | 0.00 |
| 11. | CitiFinancial | Unsecured | 2,673.12 | 0.00 |
| 12. | Northern Indiana Public Ser | Unsecured | 664.88 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 4,880.00 | 0.00 |
| 14. | Skyline Investments Fund | Secured |  | No Claim Filed |
| 15. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 20. | Genesis | Unsecured |  | No Claim Filed |
| 21. | HFC | Unsecured |  | No Claim Filed |
| 22. | Turner Acceptance Corporation | Unsecured |  | No Claim Filed |
| 23. | Torres Credit | Unsecured |  | No Claim Filed |
| 24. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 25. | AFNI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Soberanis, Jose A | Case Number: 08 B 01027 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/27/08 | Filed: 1/17/08 |

| 26. Harvard Collection Services In | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 190,856.17 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____